# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0643
Lower Tribunal No. F03-11351-B

_____

**Shaun Frederick,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141 (b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Shaun Frederick, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.